| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF DAKOTA | FIRST JUDICIAL DISTRICT |
| | Case Type: Civil/Other |

| | |
|---|---|
| Eden Homeowners Association, Inc., | File No. 19HA-CV-15-2766 |
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE OF MOTION AND MOTION TO CONFIRM APPRAISAL AWARD, FOR PRE-AWARD INTEREST, AND FOR COSTS AND DISBURSEMENTS.** |
| American Family Mutual Insurance Company, | |
| Defendant. | |

To:   Defendant American Family Mutual Insurance Company, through its registered agent, Corporation Service Company, 2345 Rice Street, Suite 230, Roseville, MN 55113.

**PLEASE TAKE NOTICE** that on a date and time to be determined by the Court, at the Dakota County Judicial Center, 1560 Highway 55, Hastings, Minnesota 55033, Eden Homeowners Association, Inc. will move the Court pursuant to Minn. Stat. § 572B.22 and Minn. Stat. § 541.09 for the following relief:

**MOTION**

1.   For an Order confirming the appraisal award issued on July 27, 2015 and entering judgment against Defendant pursuant to Minn. Stat. § 572B.22;

2.   For an Order awarding Plaintiff pre-award interest pursuant to Minn. Stat. § 549.09, subd. 1;

3.   For an Order awarding Plaintiffs costs; and

4.   For such other and further relief as the Court deems just and necessary.

This motion is based upon the complete court file and Plaintiff's submissions, including affidavits.

**ROEDER SMITH JADIN, PLLC**

Dated:  August 4, 2015					*/s/ Finn S. Jacobsen*
							Anthony T. Smith (#313646)
							Finn S. Jacobsen (#0395441)
							7900 Xerxes Avenue, Suite 2020
							Bloomington, MN 55437
							Telephone:  (952) 236-1971
							Facsimile:  (612) 235-7927
							Email: asmith@rsjlawfirm.com
							Email: fjacobsen@rsjlawfirm.com
							Attorneys for Plaintiff