# UNITED STATES DISTRICT COURT
## District of Minnesota

Eden Homeowners Association, Inc.

                Plaintiff,

v.

American Family Mutual Insurance Company

                Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 15-3527 RHK/HB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Report and Recommendation (Doc. No. 29) is **ADOPTED**;

2. Plaintiff's Motion to Confirm Appraisal Award (Doc. No. 1-3) is **GRANTED in part** and **DENIED WITHOUT PREJUDICE in part**, as follows:

   a. The appraisal award's determinations that the actual cash value of the loss is $170,965 and the replacement cost value of the loss is $341,914 is confirmed;

   b. Plaintiff's request for pre award interest is granted in the amount of $33,865.12; and

   c. Plaintiff's request for costs and disbursements pursuant to Minn. Stat. § 549.02 and .04 is denied without prejudice;

3. Plaintiff's Motion to Remand to State Court (Doc. No. 11) is **DENIED**;

4. Defendant's Motion to Vacate Arbitration Award (Doc. No. 17) is **DENIED**; and

5. This action is **DISMISSED WITH PREJUDICE.**

Date: 1/11/16

RICHARD D. SLETTEN, CLERK

s/A. Linner

(By)                A. Linner, Deputy Clerk